## RELIABLE JOBBING HOUSE *v.* GOLDSTEIN.

LEWIS, J. That the judge of a county court habitually closed his office at 3:30 p. m. and went to his home in a neighboring town constitutes no legal excuse for failing to enter an appeal from a judgment rendered in that court within the four days prescribed by law, it affirmatively appearing that on each of the four days within which the appeal could have been entered the judge was in his office until the hour named.    *Judgment affirmed. All the Justices concurring.*

Argued October 10, — Decided November 2, 1899.

Appeal. Before Judge Harris. Troup superior court. May term, 1899.

*D. J. Gaffney,* for plaintiff.
*Longley & Longley,* for defendant.